

LAW OFFICES OF HAUSMAN & SOSA, LLP
Geoffrey R. Hudson, Esq., Bar No. 52486
Jessica E. Ehrlich, Esq., Bar No. 249533
18757 Burbank Boulevard, Suite 305
Tarzana, California 91356-6329
Telephone: (818) 654-9000
Facsimile:  (818) 654-9050

Attorneys for: Defendant,
AMERICAN CONTRACTORS INDEMNITY COMPANY as successor in interest to
SURETY COMPANY OF THE PACIFIC, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST; TRUSTEES OD THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, <br><br> Plaintiffs, <br><br> -vs- <br><br> JUERGEN KRUEGER INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; SURETY COMPANY OF THE PACIFIC, a California corporation, <br><br> Defendants. | **CASE NO.  CV 10 0916** <br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO** |

///

1

SUBSTITUTION OF ATTORNEY
(HCC\Juergen Krueger\SC26614\Pldg\Sub of Attorney)

Law Offices of Hausman & Sosa, LLP
18757 Burbank Boulevard, Suite 305
Tarzana, California 91356-6329
Telephone (818) 654-9000
Facsimile (818) 654-9050

1   Defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY as successor in

2   interest to SURETY COMPANY OF THE PACIFIC ("ACIC"), hereby requests the Court to approve

3   the substitution of James H. Vernon, Esq. as its attorney of record in place and stead of the Law

4   Offices of Hausman & Sosa, LLP.

5        ACIC consents to this substitution.

6

7                                        AMERICAN    CONTRACTORS  INDEMNITY
                                         COMPANY AS SUCCESSOR IN INTEREST TO
8                                        SURETY COMPANY OF THE PACIFIC

9   Dated: April 5, 2010               By: _____

10                                          Amos Levy, Senior Litigation Analyst
                                            Requesting Party
11

12       Law Offices of Hausman & Sosa, LLP, as the counsel substituting out, consents to this

13  substitution.

14

15                                       LAW OFFICES OF HAUSMAN & SOSA, LLP

16

17  Dated: April 9, 2010               By: _____
                                           JESSICA E. EHRLICH, ESQ.
18                                         Present Attorneys for: Defendant, AMERICAN
                                           CONTRACTORS INDEMNITY COMPANY AS
19                                         SUCCESSOR   IN   INTEREST   TO  SURETY
                                           COMPANY OF THE PACIFIC

20       James H. Vernon, Esq., as counsel substituting in, consents to this substitution. Attorney

21  James H. Vernon (SBN: 41163) will be the new attorney of record for ACIC. Mr. Vernon's contact

22  information is as follows: P.O. Box 410, San Ramon, CA 94583; telephone (925) 838-9400; and

23  facsimile (925) 838-9701.

24

25  Dated: April 1, 2010               By: _____

26                                          JAMES H. VERNON, State Bar No. 41163
                                            New  Attorney  for  Defendant,  AMERICAN
27                                          CONTRACTORS INDEMNITY COMPANY AS
                                            SUCCESSOR   IN   INTEREST   TO   SURETY
28                                          COMPANY OF THE PACIFIC

---

                                            2
                                  SUBSTITUTION OF ATTORNEY
(HCC\Juergen Krueger\8O26614\Pldg\Sub of Attorney)

Law Offices of Hausman & Sosa, LLP
12757 Burbank Boulevard, Suite 305
Encino, California, 91354-5520
Telephone (818) 654-9900
Facsimile (818) 654-9910

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Hausman & Sosa, LLP
18757 Burbank Boulevard, Suite 305
Tarzana, California 91356-6329
Telephone (818) 654-9000
Facsimile (818) 654-9050

## ORDER

The Court hereby orders that the request of Defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY as successor in interest to SURETY COMPANY OF THE PACIFIC ("ACIC") to substitute James H. Vernon, Esq. (SBN: 41163), whose address is as follows: P.O. Box 410, San Ramon, CA 94583; telephone (925) 838-9400; and facsimile (925) 838-9701, as attorney of record in place and stead of the Law Offices of Hausman & Sosa, LLP, is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 12 , 2010              By: _____

JEFFREY S. WHITE
United States District Judge

---

**3**

SUBSTITUTION OF ATTORNEY
(HCC\Juergen Krueger\SC26614\Pldg\Sub of Attorney)